IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PENG YE, | ) | |
|  A# 240-100-811 | ) | |
| | ) | |
|  Petitioner, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| U.S. IMMIGRATION AND | ) | 3:25-CV-0043-G-BW |
| CUSTOMS ENFORCEMENT, | ) | |
| | ) | |
|  Respondent. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 will be **DISMISSED** without prejudice as moot by separate judgment.

---

 [*] No objections were filed.

A certificate of appealability (COA) is not required to appeal the denial of relief under 28 U.S.C. § 2241. See *Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005) (per curiam). If the petitioner files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED**.

April 29, 2025.

*[signature: A. Joe Fish]*
**A. JOE FISH**
**Senior United States District Judge**